## 36243. MOODY v. MOODY.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED MAY 16, 1980 — DECIDED JUNE 17, 1980.

*Don F. DeFoor,* for appellant.
*Charles W. Field,* for appellee.
*L. M. Awtrey, Jr., Toby B. Prodgers,* amicus curiae.